UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKLIN M. SANDERLIN, <br><br> Defendant. | **9:21-PO-5009-KLD** <br> Ticket Number: FBDW00EW, <br> FBDW00EX and FBDW00EY <br> Location Code: M10 <br> Disposition Code: PE <br><br> JUDGMENT IN A CRIMINAL CASE |

The Defendant, Franklin M. Sanderlin, was present in court and entered a plea of guilty to the charge of: REMOVING FOREST PRODUCTS WITHOUT AUTHORIZATION. The government requested that the charges of NOT IN POSSESSION OF VALID DRIVERS LICENSE, and FAIL TO EXHIBIT INSURANCE ON VEHICLE be dismissed.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Defendant must pay a fine in the amount of $160.00 for REMOVING FOREST PRODUCTS WITHOUT AUTHORIZATION. The charges for NOT IN POSSESSION OF VALID DRIVERS LICENSE and FAIL TO EXHIBIT INSURANCE ON VEHICLE shall be dismissed.

Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box

780549 San Antonio, TX 78278.  Defendant may also pay online at www.cvb.uscourts.gov .  The fine shall be paid as follows: $50.00 payment each month starting August 31, 2021, until paid in full

     Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: July 21, 2021.

  7/21/21
_____
Date Signed

_____
KATHLEEN L. DESOTO
United States Magistrate Judge